**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**John Wayne WASHINGTON,**
**Defendant–Appellant.**

**No. 06–11189**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 19, 2008.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jeffrey Todd Robnett, Midland, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Wayne Washington has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386

---

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Washington has filed a response. Our independent review of the record, counsel's brief, and Washington's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Washington's motions for the appointment of new counsel or to proceed pro se on appeal are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.